# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| PATRICK PLUMMER | ) | 21-MJ-7015-JCB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 26, 2020 in the county of Essex in the
District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | Travel with intent to engage in illicit sexual conduct with a minor |
| 18 U.S.C. § 2252A(a)(1) | Transportation of child pornography |

This criminal complaint is based on these facts:

Please see attached affidavit of Adam Boynton, incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Adam Boynton, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 3:16 PM, Jan 20, 2021

*Judge's signature*

City and state: Boston, Massachusetts        Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*