UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   1:21-CR-10059-DJC |
| | ) |
| | ) |
| PATRICK PLUMMER | ) |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

**EXHIBIT B**

**LETTERS OF PATRICK PLUMMER**

January 25, 2023

Dear Judge Casper,

I want to start this letter by saying that I am very sorry for everyone having to be here today for my actions. My deepest and most sincere apology goes out to the victims in the images. Whether young or old, male or female, no human being deserves to be treated that way. Verbal, emotional, physical and sexual abuse is wrong. My actions were completely unacceptable. My actions have had serious consequences not just for me but for my entire family, and for that I apologize to them as well.

    I was living a double life. I wish I would have been able to open up with my family about what I was struggling with but I was deeply ashamed. I should have sought help, and if I had asked for help we wouldn't be in this court room today.

I was.... broken, confused, lost, shattered on the inside, struggling with a lot mentally, financially, emotionally, and spiritually.

But God....by His amazing grace met me at my worst, reached out his hand to guide me in this new life and lead me down the right path.

    Now that I have officially hit rock bottom it has given me the opportunity to forgive the people who hurt me, the strength to close doors that needed to be closed, and the confidence to walk through new doors for a better future. These past 29 months and the months and years that follow I have grown and will continue to grow to build a solid foundation to become a better person, a better son, a better parent, and a positive member to society.

    While incarcerated I've been able to try to better myself. I have been seeing a counselor once a week, attending groups weekly, taking Hi-set classes for my high school equivalent diploma, attending Bible classes and doing individual spiritual counseling. I have also had a job at the jail since August 5th 2021 working 37-40 hours a week.

I'm very thankful that I have my family's love and support to help me make a full recovery. The second life I once lived I no longer want any part of from here on out. This has been a hard life lesson.

I'm guilty. I did it. I'm responsible. I understand I have to go to prison. But I've become a devout Christian, and the right thing to do is admit what I've done and ask for forgiveness. What I did was wrong, plain and simple, and I'm sorry, I really am.

I know Jesus wont get me out of this but I trust in Him with my mind, body, and soul and Spirit to get me through this. Jesus teaches us to be loving, kind, and compassionate and by my actions I was none of those. I cant express enough how deeply ashamed I am of continuing the abuse and harm of innocent children by doing what I was doing online.

I've been given a new heart, and new mind, and a second chance at a new life full of purpose and I accept this new life.

Sincerely,
Patrick Alan Plummer