UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21-CR-10059-DJC |
| | ) | |
| | ) | |
| PATRICK PLUMMER | ) | |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

**EXHIBIT C**

**DOCUMENATION OF PROGRAMMING**

**COMMISSIONERS**
GEORGE MAGLARAS, *Chairman*
ROBERT WATSON, *Vice Chairman*
DEANNA ROLLO *Clerk*

**SUPERINTENDENT**
CHRISTOPHER BRACKETT

**ASSISTANT SUPERINTENDENTS**

*ADMINISTRATIVE*
GWEN WEISGARBER

*SECURITY*
ROBERT HAYDEN

# STRAFFORD COUNTY DEPARTMENT OF CORRECTIONS

266 County Farm Road

Dover, New Hampshire 03820

Telephone: (603) 742-3310

Fax: (603) 742-2192

straffordjail@co.strafford.nh.us



01/09/23

To Whom It May Concern,

Please accept this letter as verification of participating in counseling treatment for Patrick Plummer. Patrick is actively involved in individual counseling and attends sessions weekly. Thus far, Patrick has attended counseling on the following dates: 06/08/22, 06/18/22, 06/22/22, 06/29/22, 07/13/22, 07/30/22, 09/03/22, 09/10/22, 09/17/22, 10/08/22, 10/22/22, 11/05/22, 11/21/22, and 12/30/22.

Thank you for your time and consideration.

Kind Regards,

*Kasey Locke, MA*
Programs Department
SCDOC

**COMMISSIONERS**
GEORGE MAGLARAS, *Chairman*
ROBERT WATSON, *Vice Chairman*
DEANNA ROLLO *Clerk*

**SUPERINTENDENT**
CHRISTOPHER BRACKETT

**ASSISTANT SUPERINTENDENTS**

**ADMINISTRATIVE**
CAPT. GWEN WEISGARBER

**SECURITY**
CAPT. ROBERT HAYDEN

**STRAFFORD COUNTY DEPARTMENT OF CORRECTIONS**

*266 County Farm Road*

*Dover, New Hampshire 03820*

*Telephone: (603) 742-3310*

*Fax: (603) 742-2192*
straffordjail@co.strafford.nh.us



## Strafford County Department of Corrections Programming Report

The purpose of this report is to show a record of participation in rehabilitation programs at the Strafford County Department of Corrections. Please keep in mind that due to COVID-19 restrictions, we have limited classes at this time.

01/09/23

**Case of: Patrick Plummer**

This report confirms that Patrick Plummer has attended and participated in the following in-person classes:

- **Mending Minds -** Patrick has completed this 10-week psychoeducation group and has received a certificate of completion. Patrick continues to attend this group weekly and is an active participant.
- **Bible Study –** Patrick attends Bible Study regularly.

**Education:** Please see the attached transcript for Patrick Plummer. This transcript is from his work on our Edovo education application. Technically, this transcript demonstrates a completion of each course, which is a way of compiling certificates and states how much time he spent on each individual course. Strafford County just began using the Edovo application on 10/4/2021, and it is 100% participant led, meaning that participants make the choice to participate and select the courses they would like to complete in their free time.

*Emma Gelinas, MSW*
Programs Department
SCDOC

# Certificate of Completion

THIS IS TO CERTIFY THAT

## Patrick Plummer

HAS COMPLETED THE
MENDING MINDS GROUP
AT SCDOC

EMMA GELINAS, MSW
SCDOC PROGRAMS

DATE: 01/03/23
CONTROL #: 23-1003